PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 15-4053, 15-4094 & 15-4095
_____

UNITED STATES OF AMERICA

v.

BINYAMIN STIMLER,
                    Appellant in No. 15-4053


UNITED STATES OF AMERICA

v.

JAY GOLDSTEIN a/k/a Yaakov

JAY GOLDSTEIN,
                    Appellant in No. 15-4094


UNITED STATES OF AMEREICA

v.

MENDEL EPSTEIN,
                    Appellant in No. 15-4095

_____

On Appeal from the United States District Court
for the District of New Jersey
(D. C. Nos. 3-14-cr-00287-005, 3-14-cr-00287-003
and 3-14-cr-00287-001)

District Judge: Honorable Freda L. Wolfson
_____

ORDER AMENDING OPINION

The Clerk has been informed of a typographical error in the amended opinion which was filed on July, 17, 2017.  Specifically, Justice Blackmun's name is misspelled in footnote 94 on page 34 of the opinion.  The opinion is hereby amended to correct the misspelling in footnote 94 as follows:

> The mere fact that the two other individuals were allowed to plead to violations of other statutes does not persuade us otherwise; prosecutors have broad discretion in deciding what to charge and what pleas to accept. See Bordenkircher v. Hayes, 434 U.S. 357, 368 n.2 (1978) (Blackmun, J., dissenting).

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  July 19, 2017

CJG/cc:    George T. Vickers, Jr.
            Jerome A. Moschetta, Esq.
            David R. Fine, Esq.
            J. Nicholas Ranjan, Esq.